# Court of Appeals
# of the State of Georgia

ATLANTA,  February 11, 2015

*The Court of Appeals hereby passes the following order:*

**A15D0238. WASEEM DAKER v. THE STATE.**

Waseem Daker was convicted of two counts of aggravated stalking, and his convictions were affirmed on appeal on April 11, 2000.[1] Over the past few years, Daker has filed a multitude of applications and motions in this court.[2] The present application involves an October 7, 2014 order denying Daker's "Writ of Coram Nobis." Daker originally filed his discretionary application in the Supreme Court on December 8, 2014. The Supreme Court transferred it to this Court. We, however, lack jurisdiction.

To be timely, a discretionary application must be filed within 30 days of entry of the order to be appealed. OCGA § 5-6-35 (d); *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992). Because this application was filed 62 days after entry of the order Daker seeks to appeal, it is untimely. We thus lack jurisdiction to consider the application, which is hereby DISMISSED. See *Hill*, supra.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  02/11/2015
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.



    , Clerk.

---

[1] *Daker v. State*, 243 Ga. App. 848 (533 SE2d 393) (2000).

[2] See *Daker v. State*, A14D0115 (discretionary application dismissed on November 26, 2013, and motion for reconsideration denied on February 21, 2014); *Daker v. State*, A14D0132 (discretionary application dismissed on December 16, 2013, and motion for reconsideration denied on February 7, 2014); *Daker v. State*, A14D0031 (discretionary application denied on September 26, 2013, and motion for reconsideration denied on November 7, 2013).